**Order entered January 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01040-CV

**MICHAEL CARY SNOWDEN AND BRENDA ASCENCIO, Appellants**

**V.**

**BRANDON QUACH, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00955-D**

## ORDER

Before the Court is appellee's January 10, 2019 unopposed motion requesting an extension of time to file his brief until seven days after this Court determines his concurrently-filed opposed motion to dismiss the appeal. We **GRANT** the motion to the extent that we extend the time to **February 15, 2019**.

Appellants shall file any response to appellee's motion to dismiss by **January 21, 2019**.

/s/     KEN MOLBERG
        JUSTICE